```
                     United States Bankruptcy Court
                     Eastern District of Pennsylvania
In re:                                                      Case No. 16-15797-elf
Carla Laverne Bishop                                        Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0313-2         User: Lisa                 Page 1 of 2          Date Rcvd: Aug 22, 2016
                             Form ID: 309A              Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2016.
db             +Carla Laverne Bishop,    6328 Newtown Avenue,    Philadelphia, PA 19111-5609
13777064        Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
13777065       +Commonwealth of Pennsylvania,    Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
13777067       +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13777068       +Delaware Title Loans,    115 Naamans Road,    Claymont, DE 19703-2713
13777069       +Energy Advisor Parnters LLC,    PO Box 1658,    Southampton, PA 18966-0846
13777070       +Energy Advisor Partners Funding Group LL,    PO Box 1658,    Southampton, PA 18966-0846
13777071       +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13777074       +Home At Five,    1515 S 21st St,    Clinton, IA 52732-6676
13777075       +Klokova Real Estate LP,    270 Sylvan Ave,    Englewood Cliffs, NJ 07632-2523
13777080       +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13777081       +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13777084       +Wilmington Saving Fund Society, FSB,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, TX 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: sean@maysfirm.com Aug 23 2016 01:58:48      SEAN P. MAYS,    The Mays Law Firm PC,
                 65 W. Street Road,    Suite B102,    Warminster, PA 18974
tr             +EDI: BCCSHUBERT.COM Aug 23 2016 01:48:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: bankruptcy@phila.gov Aug 23 2016 01:59:42      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 23 2016 01:59:03
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 23 2016 01:59:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust             E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Aug 23 2016 01:59:24      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13777062       +EDI: AFNIRECOVERY.COM Aug 23 2016 01:48:00      Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13777063       +EDI: CITICORP.COM Aug 23 2016 01:48:00      Citibank N A,    701 E. 60th St North,
                 Sioux Falls, SD 57104-0493
13777072       +EDI: AMINFOFP.COM Aug 23 2016 01:48:00      First Premier Bank,    601 S Minnesota Ave,
                 Sioux Falls, SD 57104-4868
13777073       +EDI: AMINFOFP.COM Aug 23 2016 01:48:00      First Premier Card Services,    p.o. box 5524,
                 sioix falls, SD 57117-5524
13777076       +EDI: RESURGENT.COM Aug 23 2016 01:48:00      Lvnv Funding Llc,    Po Box 10497,
                 Greenville, SC 29603-0497
13777077       +EDI: NAVIENTFKASMSERV.COM Aug 23 2016 01:48:00      Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13777078       +E-mail/Text: electronicbkydocs@nelnet.net Aug 23 2016 01:59:26      Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
13777079       +E-mail/Text: bkclerk@north-american-recovery.com Aug 23 2016 01:59:29
                 North American Recover,    1600 W 2200 S Ste 410,    West Valley City, UT 84119-7240
13777082       +EDI: VERIZONEAST.COM Aug 23 2016 01:48:00      Verizon,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
13777083       +EDI: BLUESTEM.COM Aug 23 2016 01:48:00      Webbank/fingerhut Fres,    6250 Ridgewood Road,
                 St Cloud, MN 56303-0820
                                                                                              TOTAL: 16

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13777066*      +Commonwealth of Pennsylvania,    Department of Revenue,    PO Box 280948,
                 Harrisburg, PA 17128-0948
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2016                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Aug 22, 2016
                              Form ID: 309A           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 22, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
              SEAN P. MAYS    on behalf of Debtor Carla Laverne Bishop sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                    TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Carla Laverne Bishop** <br> First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6322 <br> EIN  32–0280467, 80–0814818, 46–5110395 |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  7  8/16/16 |
| Case number: | **16–15797–elf** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Carla Laverne Bishop | |
| 2. | **All other names used in the last 8 years** | aka Carla Laverne Wilson, fdba T&C Preschool & Learning Center LLC, fdba Rising Stars Development Academy, fdba Rise & Shine Learning Academy LLC | |
| 3. | **Address** | 6328 Newtown Avenue <br> Philadelphia, PA 19111 | |
| 4. | **Debtor's attorney** <br> Name and address | SEAN P. MAYS <br> The Mays Law Firm PC <br> 65 W. Street Road <br> Suite B102 <br> Warminster, PA 18974 | Contact phone 215 792 4321 <br> Email:  sean@maysfirm.com |
| 5. | **Bankruptcy trustee** <br> Name and address | CHRISTINE C. SHUBERT <br> 821 Wesley Avenue <br> Ocean City, NJ 08226 | Contact phone (609) 938–4191 <br> Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 8/22/16 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 15, 2016 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Office of the U.S. Trustee, Meeting Room, Suite 501, 833 Chestnut Street, Philadelphia, PA 19107** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/14/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                page **2**