`

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                    :           Chapter 7

Carla Bishop

                                          :           Case No. 16-15797 ELF
            Debtors
_____

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727 OR 523

   AND NOW, this        Day of October , 2016, , upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel,

Sean Mays,  Esquire:

   IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee  to file a

Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to December 15, 2016.

   IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee

or any creditor to object to exemptions is hereby extended to December 15, 2016.

/s/ Sean Mays
Sean Mays,  Esquire Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

IT IS HEREBY ORDERED.

Dated:_____        _____
                                    Honorable Eric L. Frank
                                    Bankruptcy Judge