United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 16-15797-elf
Carla Laverne Bishop                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: John                Page 1 of 2            Date Rcvd: Oct 13, 2016
                               Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 15, 2016.
db          +Carla Laverne Bishop,    6328 Newtown Avenue,    Philadelphia, PA 19111-5609
13790740    +ABC BAIL BONDS, INC.,    49 N. 13th St.,    Philadelphia, PA 19107-2819
13777063    +Citibank N A,    701 E. 60th St North,    Sioux Falls, SD 57104-0493
13777064     Comcast,    PO Box 3005,    Southeastern, PA 19398-3005
13777065    +Commonwealth of Pennsylvania,    Dept of Revenue,    PO Box 280948,    Harrisburg, PA 17128-0948
13777067    +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
13777068    +Delaware Title Loans,    115 Naamans Road,    Claymont, DE 19703-2713
13777069    +Energy Advisor Parnters LLC,    PO Box 1658,    Southampton, PA 18966-0846
13777070    +Energy Advisor Partners Funding Group LL,    PO Box 1658,    Southampton, PA 18966-0846
13777071    +Fed Loan Serv,    Po Box 60610,    Harrisburg, PA 17106-0610
13777072    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13777073    +First Premier Card Services,    p.o. box 5524,    sioix falls, SD 57117-5524
13777074    +Home At Five,    1515 S 21st St,    Clinton, IA 52732-6676
13777075    +Klokova Real Estate LP,    270 Sylvan Ave,    Englewood Cliffs, NJ 07632-2523
13790741    +LEXINGTON NATIONAL INSURANCE CORPORATION,    Court Square Building,    200 E. Lexington St. #500,
              Baltimore, MD 21202-3599
13777080    +PGW,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
13777081    +Police And Fire Fcu,    901 Arch St,    Philadelphia, PA 19107-2495
13780781    +Rushmore Loan Mgmt for Wilmington Savings Fund,    dba Christiana Trust for Carlsbad Mortge,
              c/o JOSHUA ISAAC GOLDMAN,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13777082    +Verizon,    500 Technology Dr,    Weldon Spring, MO 63304-2225
13777084    +Wilmington Saving Fund Society, FSB,    15480 Laguna Canyon Road, Suite 100,
              Irvine, TX 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Oct 14 2016 02:11:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 14 2016 02:11:05     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13777062       +E-mail/Text: EBNProcessing@afni.com Oct 14 2016 02:10:59     Afni, Inc.,    Po Box 3097,
                 Bloomington, IL 61702-3097
13777076       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 14 2016 02:13:42     Lvnv Funding Llc,
                 Po Box 10497,    Greenville, SC 29603-0497
13777077       +E-mail/PDF: pa_dc_claims@navient.com Oct 14 2016 02:13:43     Navient,    Po Box 9500,
                 Wilkes Barre, PA 18773-9500
13777078       +E-mail/Text: electronicbkydocs@nelnet.net Oct 14 2016 02:10:57     Nelnet Lns,    Po Box 1649,
                 Denver, CO 80201-1649
13777079       +E-mail/Text: bkclerk@north-american-recovery.com Oct 14 2016 02:11:00
                 North American Recover,    1600 W 2200 S Ste 410,    West Valley City, UT 84119-7240
13790634       +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 14 2016 02:10:31
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO BOX 280946,
                 Harrisburg, PA 17128-0946
13777083       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 14 2016 02:11:46     Webbank/fingerhut Fres,
                 6250 Ridgewood Road,    St Cloud, MN 56303-0820
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13777066*     +Commonwealth of Pennsylvania,    Department of Revenue,    PO Box 280948,
                 Harrisburg, PA 17128-0948
                                                                                               TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2016                             Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: John                 Page 2 of 2                  Date Rcvd: Oct 13, 2016
                              Form ID: pdf900            Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2016 at the address(es) listed below:

      CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
      CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
       J100@ecfcbis.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
       Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      SEAN P. MAYS    on behalf of Debtor Carla Laverne Bishop sean@maysfirm.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                               TOTAL: 5

`

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re:                                                    :          Chapter 7

Carla Bishop

                                                          :          Case No. 16-15797 ELF
                    Debtors
_____

STIPULATION AND CONSENT ORDER EXTENDING THE TIME TO FILE A
MOTION UNDER SECTION 707 AND/OR COMPLAINT UNDER SECTION 727
OR 523

   AND NOW, this 13th Day of October , 2016, , upon agreement between the

Chapter 7 Trustee, Christine Shubert, and the Debtor, through Debtor's counsel,

Sean Mays,  Esquire:

   IT IS HEREBY AGREED that the time for the U. S. Trustee or Chapter 7 Trustee  to file a

Motion to Dismiss under section 707(b) and/or any creditor to file a Complaint to Deny

Discharge under section 727 and/or 523, is hereby extended to December 15, 2016.

   IT IS FURTHER AGREED that the time for the Chapter 7 Trustee, The United States Trustee

or any creditor to object to exemptions is hereby extended to December 15, 2016.

/s/ Sean Mays
Sean Mays,  Esquire Counsel for the Debtor

/s/ Christine Shubert
Christine Collins Shubert, Chapter 7 Trustee

IT IS SO ORDERED.

Date: 10/13/16

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**