# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carla Laverne Bishop aka Carla Laverne Wilson fdba T&C PreSchool & Learning Center LLC fdba Rise & Shine Learning Academy LLC fdba Rising Stars Development Academy<br>　　　　　　　　　　　　　Debtor | CHAPTER 7 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust<br>　　　　　　　　　　　　　Movant | NO. 16-15797 ELF<br><br>11 U.S.C. Section 362 |
| 　　　　vs.<br>Carla Laverne Bishop aka Carla Laverne Wilson fdba T&C PreSchool & Learning Center LLC fdba Rise & Shine Learning Academy LLC fdba Rising Stars Development Academy<br>　　　　　　　　　　　　　Debtor | |
| Christine C. Shubert Esq.<br>　　　　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this  9th  day of  November , 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 6328 Newtown Avenue, Philadelphia, PA 19111 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**