United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 16-15797-elf
Carla Laverne Bishop                                                     Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2            User: John              Page 1 of 1            Date Rcvd: Nov 09, 2016
                                Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2016.
db             +Carla Laverne Bishop,    6328 Newtown Avenue,    Philadelphia, PA 19111-5609
13777084       +Wilmington Saving Fund Society, FSB,    15480 Laguna Canyon Road, Suite 100,
                 Irvine, TX 92618-2132

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Nov 10 2016 02:04:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA   19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 10 2016 02:04:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 10 2016 02:04:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2016 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              SEAN P. MAYS   on behalf of Debtor Carla Laverne Bishop sean@maysfirm.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carla Laverne Bishop aka Carla Laverne Wilson fdba T&C PreSchool & Learning Center LLC fdba Rise & Shine Learning Academy LLC fdba Rising Stars Development Academy<br><br>                                                  Debtor<br>Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust<br><br>                                                  Movant<br>                    vs.<br>Carla Laverne Bishop aka Carla Laverne Wilson fdba T&C PreSchool & Learning Center LLC fdba Rise & Shine Learning Academy LLC fdba Rising Stars Development Academy<br><br>                                                  Debtor<br><br>Christine C. Shubert Esq.<br><br>                                                  Trustee | CHAPTER 7<br><br><br><br>NO. 16-15797 ELF<br><br><br><br>11 U.S.C. Section 362 |

## ORDER

AND NOW, this  9th  day of  November , 2016 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, 11 U.S.C. Sections 362, is modified with respect to the subject premises located at 6328 Newtown Avenue, Philadelphia, PA 19111 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**