Certificate Number: 16339-PAE-DE-028382506

Bankruptcy Case Number: 43-65081



16339-PAE-DE-028382506

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 18, 2016</u>, at <u>10:51</u> o'clock <u>PM EST</u>, <u>Carla Bishop</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 18, 2016</u>          By:   <u>/s/Kelley Tipton</u>

　　　　　　　　　　　　　　　　　　　Name: <u>Kelley Tipton</u>

　　　　　　　　　　　　　　　　　　　Title: <u>Certified Financial Counselor</u>