United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Carla Laverne Bishop                                                    Case No. 16-15797-elf
            Debtor                                                       Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1              Date Rcvd: May 19, 2017
                             Form ID: 195             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2017.
db              +Carla Laverne Bishop,    6328 Newtown Avenue,    Philadelphia, PA 19111-5609

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2017 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,   J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
          J100@ecfcbis.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a
          Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
          bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          SEAN P. MAYS   on behalf of Debtor Carla Laverne Bishop sean@maysfirm.com
          THOMAS I. PULEO   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana
          Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 7

Carla Laverne Bishop                                      : Case No. 16−15797−elf
            Debtor(s)

### ORDER

_____

AND NOW, this day , May 19, 2017 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

33
Form 195